Juanita C. Hansen, Respondent, *v.* United Stores Realty Corporation et al., Defendants, and Theatre Zone Realty Company, Inc., et al., Appellants.

(Argued June 1, 1931; decided June 9, 1931.)

*A. K. Wing* for motion.

*Edward P. Mowton* opposed.

Motion denied, with ten dollars costs.